**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**BOOTHE FARMS, INC.; BIG RISK FARMS, INC.;**
**JEFFREY D. BOOTHE; TERRY BOOTHE;**
**ADAM BOOTHE; RINEHART FAMILY FARMS II;**
**MM FAMILY FARMS; and JASON R. HANKS;**
individually and on behalf of all those
similarly situated                                                                                          **PLAINTIFFS**

v.                                    No.: 3:19-cv-00264-DPM

**THE DOW CHEMICAL CO.;**
**DOW AGROSCIENCES LLC; CORTEVA, INC.;**
**and E.I. DU PONT DE NEMOURS AND CO.**                          **DEFENDANTS**

## DISCLOSURE OF CORPORATE INTERESTS

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Corteva, Inc. hereby gives notice that the following corporate interests are disclosed:

Corteva, Inc. is a publicly traded corporation. It has no parent company and no publicly-traded company owns more than ten percent of its stock.

                                          John E. Tull III
                                          Ark. Bar No. 84150
                                          E. B. Chiles IV
                                          Ark. Bar No. 96179
                                          Christoph Keller
                                          Ark. Bar No. 2015145
                                          Attorneys for Defendants The Dow Chemical Co.,
                                          Dow Agrosciences LLC, Corteva, Inc., and
                                          E.I. Du Pont De Nemours and Co.
                                          QUATTLEBAUM, GROOMS & TULL PLLC
                                          111 Center Street, Suite 1900
                                          Little Rock, Arkansas 72201
                                          Telephone:    (501) 379-1700
                                          Facsimile:     (501) 379-1701
                                          Email:          jtull@qgtlaw.com
                                                                      cchiles@qgtlaw.com
                                                                      ckeller@qgtlaw.com

John P. Mandler
Admitted *Pro Hac Vice*
Attorney for Defendants The Dow Chemical Co.,
Dow Agrosciences LLC, Corteva, Inc., and
E.I. Du Pont De Nemours and Co.
FAEGRE BAKER DANIELS LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Telephone:   (612) 766-7000
Email:         john.mandler@faegrebd.com