IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

BOOTHE FARMS, INC.; BIG RISK FARMS,
INC.; JEFFREY D. BOOTHE; TERRY BOOTHE;
ADAM BOOTHE; RINEHART FAMILY
FARMS II; MM FAMILY FARMS; and
WILLIAM J. DORE, each individually and on
behalf of all those similarly situated                                    PLAINTIFFS

v.                              No. 3:19-cv-264-DPM

DOW CHEMICAL CO.; DOW
AGROSCIENCES, LLC; CORTEVA
AGRISCIENCE; and DU PONT DE
NEMOURS AND CO.                                                         DEFENDANTS

## ORDER

The Court has recently recalled Magistrate Judge Beth Deere. Among other things, she will be assisting the Court on complicated commercial disputes, like this one. The Court refers this case to Judge Deere. She will resolve the parties' current discovery dispute, *Doc. 93*, any future such disputes, and all other non-dispositive pretrial matters. She will also, in due course, make a recommendation on the expected motions for class certification and summary judgment. The Court appreciates Judge Deere's accepting responsibility for the management of this case.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

8 June 2021