IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

BOOTHE FARMS, INC.; BIG RISK FARMS,
INC.; JEFFREY D. BOOTHE; TERRY BOOTHE;
ADAM BOOTHE; RINEHART FAMILY
FARMS II; MM FAMILY FARMS; and
WILLIAM J. DORE, each individually and on
behalf of all those similarly situated                 PLAINTIFFS

v.                  No. 3:19-cv-264-DPM

DOW CHEMICAL CO.; DOW
AGROSCIENCES, LLC; CORTEVA
AGRISCIENCE; and DU PONT DE
NEMOURS AND CO.                                     DEFENDANTS

## ORDER

The Court moved too quickly. Judge Deere advises that she cannot sit in this case because she owns stock in Dow. The referral, *Doc. 94*, is therefore vacated. The Court will resolve the current discovery dispute in due course.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

9 June 2021