IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**BOOTHE FARMS, INC.; BIG RISK FARMS, INC.;
JEFFREY D. BOOTHE; TERRY BOOTHE;
ADAM BOOTHE; RINEHART FAMILY FARMS II;
MM FAMILY FARMS; and JASON R. HANKS;**
individually and on behalf of all those
similarly situated                                              PLAINTIFFS

v.                          Case No.: 3:19-cv-00264-DPM

**THE DOW CHEMICAL CO.;
DOW AGROSCIENCES LLC; CORTEVA, INC.;
and E.I. DU PONT DE NEMOURS AND CO.**                           DEFENDANTS

## MOTION TO WITHDRAW AS COUNSEL

Christoph Keller, for his motion to withdraw as counsel, states:

1. Christoph Keller respectfully requests that he be permitted to withdraw as counsel of record in this matter for defendants.

2. Christoph Keller will be leaving the employment of Quattlebaum, Grooms & Tull PLLC and will have no continuing involvement in this case.

3. John E. Tull III and E. B. Chiles IV of the firm of Quattlebaum, Grooms & Tull PLLC and John P. Mandler, Ross W. Johnson, Shane A. Anderson, Carolyn A. Gunkel, Shannon Lee Sole; Martin Demoret, and Adam R. Foresman of Faegre Drinker Biddle & Reath LLP will remain counsel of record for defendants.

4. No party will be prejudiced by the Court's granting this motion.

WHEREFORE, Christoph Keller respectfully requests that the Court enter an order permitting him to withdraw as counsel of record for defendants.

Christoph Keller, Ark. Bar No. 2015145
QUATTLEBAUM, GROOMS & TULL PLLC
111 Center Street, Suite 1900
Little Rock, AR 72201
(501) 379-1700 Telephone
(501) 379-1701 Facsimile
ckeller@qgtlaw.com

*Attorneys for Defendants The Dow Chemical Co.,
Dow Agrosciences LLC, Corteva, Inc., and
E.I. Du Pont De Nemours and Co.*