UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

| | |
|---|---|
| STANLEY JONES, BLACK SPICE FARMS, INC., BRITT JONES, INC., HOGBACK FARM, INC., J-CO FARMS, NORTH 40 FARMS, INC., S&W FARMS, SIB FARMS, T&W FARMS, and SLOUGH FARMS, INC., individually and on behalf of all those similarly situated,<br><br>        Plaintiffs,<br><br>v.<br><br>CORTEVA, INC. and CORTEVA AGRISCIENCE LLC,<br><br>        Defendants. | Case No.: 3:21-cv-237-DPM |
| BOOTHE FARMS, INC.; BIG RISK FARMS, INC.; JEFFREY D. BOOTHE; TERRY BOOTHE; ADAM BOOTHE; RINEHART FAMILY FARMS II; MM FAMILY FARMS; AND WILLIAM J. DORE, individually and on behalf of all those similarly situated<br><br>        Plaintiffs,<br><br>v.<br><br>THE DOW CHEMICAL CO.; DOW AGROSCIENCES LLC; CORTEVA, INC.; and E. I. DU PONT DE NEMOURS AND CO.<br><br>        Defendants. | Case No.: 3:19-cv-00264-DPM (Lead Case) |

## MOTION TO WITHDRAW AS COUNSEL

Adam R. Foresman, for his motion to withdraw as counsel, states:

1

1.  Adam R. Foresman respectfully requests that he be permitted to withdraw as counsel of record in this matter for Defendants.

2.  Adam R. Foresman will be leaving the employment of Faegre Drinker Biddle & Reath LLP and will have no continuing involvement in this case.

3.  John P. Mandler, Ross W. Johnson, Shane A. Anderson, Carolyn A. Gunkel, Shannon L. Sole and Martin J. Demoret of Faegre Drinker Biddle & Reath LLP and John E. Tull III and E. B. Chiles IV of Quattlebaum, Grooms & Tull PLLC will remain counsel of record for Defendants.

4.  No party will be prejudiced by the Court's granting this motion.

WHEREFORE, Adam R. Foresman respectfully requests that the Court enter an order permitting him to withdraw as counsel of record for Defendants.

Dated: March 14, 2022

        Adam R. Foresman (admitted *pro hac vice*)
        FAEGRE DRINKER BIDDLE & REATH LLP
        801 Grand Avenue, 33rd Floor
        Des Moines, IA 50309
        Telephone:   (515) 248-9000
        Email:           adam.foresman@faegredrinker.com

*Attorneys for Defendants*