IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

BOOTHE FARMS, INC.; BIG RISK
FARMS INC.; JEFFREY D. BOOTHE;
TERRY BOOTHE; ADAM BOOTHE;
RINEHART FAMILY FARMS II; MM
FAMILY FARMS; and WILLIAM J. DORE,
Individually and on behalf of all those
similarly situated                                                                   PLAINTIFFS

v.                              No. 3:19-cv-264-DPM

THE DOW CHEMICAL CO.; DOW
AGROSCIENCES, LLC; CORTEVA, INC.;
and E.I. DU PONT DE NEMOURS AND CO.                                  DEFENDANTS

STANLEY JONES; BLACK SPICE
FARMS, INC.; BRITT JONES, INC.;
HOGBACK FARM, INC.; J-CO FARMS;
NORTH 40 FARMS, INC.; S&W FARMS;
SIB FARMS; T&W FARMS; and
SLOUGH FARMS INC., Individually and
on behalf of all those similarly situated                                          PLAINTIFFS

v.                              No. 3:21-cv-237-DPM

CORTEVA, INC. and CORTEVA
AGRISCIENCE, LLC                                                                DEFENDANTS

ORDER

1.   Stipulation, *Doc. 170*, noted and approved.  Dow Chemical Co. is dismissed without prejudice from case No. 3:19-cv-264-DPM by agreement.  FED. R. CIV. P. 41(a)(1)(A)(ii).

2.  Joint status report, *Doc. 178*, appreciated. Embedded joint request for a trial continuance noted. This older case is first out for trial on 6 February 2023. We need to keep that setting if practicable. While the Court's rulings on the pending and planned motions, especially class certification, will affect whether we can hold that date, the trial setting will remain in place for now. The Court sets a half-day motions hearing for 9:00 a.m., on Monday, 3 October 2022 in Jonesboro.

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

31 May 2022