IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

BOOTHE FARMS, INC.; BIG RISK
FARMS INC.; JEFFREY D. BOOTHE;
TERRY BOOTHE; ADAM BOOTHE;
RINEHART FAMILY FARMS II; MM
FAMILY FARMS; and WILLIAM J. DORE,
Individually and on behalf of all those
similarly situated                                                                    PLAINTIFFS

v.                              No. 3:19-cv-264-DPM

THE DOW CHEMICAL CO.; DOW
AGROSCIENCES, LLC; CORTEVA, INC.;
and E.I. DU PONT DE NEMOURS AND CO.                              DEFENDANTS

STANLEY JONES; BLACK SPICE
FARMS, INC.; BRITT JONES, INC.;
HOGBACK FARM, INC.; J-CO FARMS;
NORTH 40 FARMS, INC.; S&W FARMS;
SIB FARMS; T&W FARMS; and
SLOUGH FARMS INC., Individually and
on behalf of all those similarly situated                                 PLAINTIFFS

v.                              No. 3:21-cv-237-DPM

CORTEVA, INC. and CORTEVA
AGRISCIENCE, LLC                                                           DEFENDANTS

ORDER

Plaintiffs move to strike Defendants' four motions for partial summary judgment, arguing that they're contrary to the Local Rules, the Final Scheduling Order, needlessly multiplicious, and vexatious.

Plaintiffs' embedded request for expedited consideration is granted. The Court appreciates Defendants' quick response.

The multiple motions are fine. The material circumstances differ from those in *Pinson v. 45 Development*, 2013 WL 4511321 (W.D. Ark. 23 August 2013). Here, the legal issues are complex, and separating those issues is helpful. No timing tangle was created. The Court sees no violation of a Local Rule or the Scheduling Order.

The motion to strike, *Doc. 197*, is denied. And the Court discourages any further motions about motion practice. Concentrate on the merits. If any party needs more time to respond adequately to any filing, simply ask and explain why.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

_____
1 June 2022