IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

BOOTHE FARMS, INC.; BIG RISK
FARMS INC.; JEFFREY D. BOOTHE;
TERRY BOOTHE; ADAM BOOTHE;
RINEHART FAMILY FARMS II; MM
FAMILY FARMS; and WILLIAM J. DORE,
Individually and on behalf of all those
similarly situated                                                                PLAINTIFFS

v.                               No. 3:19-cv-264-DPM

DOW AGROSCIENCES, LLC; CORTEVA,
INC.; and DU PONT DE NEMOURS AND CO.                    DEFENDANTS

STANLEY JONES; BLACK SPICE
FARMS, INC.; BRITT JONES, INC.; HOGBACK
FARM, INC.; J-CO FARMS; NORTH 40
FARMS, INC.; S&W FARMS;
SIB FARMS; T&W FARMS; and
SLOUGH FARMS INC., Individually and
on behalf of all those similarly situated                                 PLAINTIFFS

v.                               No. 3:21-cv-237-DPM

CORTEVA, INC. and
CORTEVA AGRISCIENCE, LLC                                       DEFENDANTS

ORDER

Joint status report, *Doc. 216*, appreciated. Request for stay extension granted as modified. The stay is extended until 23 September 2022.

Two months ago, the parties notified the Court that they had tentatively and conditionally settled. While the Court understands that this is not a simple case, that the farmers are busy, and that the tentative deal is somewhat complicated, extending the stay for another two months threatens the Third Amended Final Scheduling Order, *Doc. 112*. The Court is determined to maintain the existing schedule, and keep our 6 February 2023 trial date, if the deal falls through and no classes are certified. (If the Court certifies classes, that could, of course, change the schedule. We'll see if we get there.)

Therefore, unless the parties confirm their settlement and move to dismiss by 23 September 2022, the Court will lift the stay and briefing on the pending motions will resume on an expedited schedule. Responses to all pending motions will be due by 21 October 2022; and the reply will be due two weeks after each response. There will be no extensions granted absent extraordinary circumstances. We will all sprint toward trial. The Court reminds the parties that it is open to retaining jurisdiction, after any Judgment is entered, for as long as reasonably necessary to enforce any settlement. The 3 October 2022 motion hearing is rescheduled for 2 December 2022 at 9:00 a.m. in Jonesboro Courtroom 324.

So Ordered.

*DPMarshall Jr.*

D.P. Marshall Jr.
United States District Judge

18 August 2022