IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

BOOTHE FARMS, INC.; BIG RISK
FARMS INC.; JEFFREY D. BOOTHE;
TERRY BOOTHE; ADAM BOOTHE;
RINEHART FAMILY FARMS II; MM
FAMILY FARMS; and WILLIAM J. DORE,
Individually and on behalf of all those
similarly situated                                                           PLAINTIFFS

v.                       No. 3:19-cv-264-DPM

DOW AGROSCIENCES, LLC; CORTEVA, INC.;
and E.I. DU PONT DE NEMOURS AND CO.                                          DEFENDANTS

STANLEY JONES; BLACK SPICE
FARMS, INC.; BRITT JONES, INC.;
HOGBACK FARM, INC.; J-CO FARMS;
NORTH 40 FARMS, INC.; S&W FARMS;
SIB FARMS; T&W FARMS; and
SLOUGH FARMS INC., Individually and
on behalf of all those similarly situated                                    PLAINTIFFS

v.                       No. 3:21-cv-237-DPM

CORTEVA, INC. and
CORTEVA AGRISCIENCE, LLC                                                     DEFENDANTS

ORDER

Joint status report, *Doc. 218*, noted. Embedded motion for extension granted as modified. Motion to dismiss or stipulation of dismissal due by 29 September 2022. The fallback plan and briefing

schedule, *Doc. 217*, remains unchanged—though the better alternative will be to dismiss and retain jurisdiction, given that the parties have a deal and agreed documents and are simply having difficulty getting some signatures because it's harvest time. The Court plans to retain jurisdiction to enforce the parties' settlement and to address the sealing issues. Motion on the sealing issues due by 29 September 2022, too. No hearing is needed on any pending issue.

    So Ordered.

                                     _/s/ D.P. Marshall Jr._
                                     D.P. Marshall Jr.
                                     United States District Judge

                                   22 September 2022