UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

| | |
|---|---|
| BOOTHE FARMS, INC.; BIG RISK FARMS, INC.; JEFFREY D. BOOTHE; TERRY BOOTHE; ADAM BOOTHE; RINEHART FAMILY FARMS II; MM FAMILY FARMS; AND WILLIAM J. DORE, individually and on behalf of all those similarly situated<br><br>Plaintiffs,<br><br>v.<br><br>THE DOW CHEMICAL CO.; DOW AGROSCIENCES LLC; CORTEVA, INC.; and E. I. DU PONT DE NEMOURS AND CO.<br><br>Defendants. | Case No.: 3:19-cv-00264-DPM (Lead Case) |

## STIPULATION OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS BY ALL PLAINTIFFS AGAINST ALL DEFENDANTS

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs Boothe Farms, Inc., Big Risk Farms, Inc., Jeffrey D. Boothe, Terry Boothe, Adam Boothe, Rinehart Family Farms II, MM Family Farms and William J. Dore (hereinafter, collectively, "Plaintiffs"), and Defendants The Dow Chemical Co., Dow AgroSciences LLC, Corteva, Inc. and E. I. Du Pont De Nemours and Co. (hereinafter, collectively, "Defendants") that all claims by all Plaintiffs against all Defendants in the above-captioned action are voluntarily dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Plaintiffs and Defendants respectfully request that the Court enter an Order dismissing all claims by all Plaintiffs against all Defendants with prejudice, stating that each party will bear its own costs and attorney's fees,

1

and retaining jurisdiction to enforce the Parties' settlement and to address issues related to the Parties' motion to seal. (*See* Doc. 219.)

Dated: September 29, 2022

        John E. Tull III
        Ark. Bar No. 84150
        E. B. Chiles IV
        Ark. Bar No. 96179
        QUATTLEBAUM, GROOMS & TULL PLLC
        111 Center Street, Suite 1900
        Little Rock, Arkansas 72201
        Telephone:  (501) 379-1700
        Facsimile:  (501) 379-1701
        Email:  jtull@qgtlaw.com
              cchiles@qgtlaw.com

        John P. Mandler
        Shane A. Anderson
        FAEGRE DRINKER BIDDLE & REATH LLP
        2200 Wells Fargo Center
        90 South Seventh Street
        Minneapolis, MN 55402
        Telephone:  (612) 766-7000
        Facsimile:  (612) 766-1600
        Email:  john.mandler@faegredrinker.com
              shane.anderson@faegredrinker.com

        Ross W. Johnson
        Shannon L. Sole
        Carolyn A. Gunkel
        Martin J. Demoret
        FAEGRE DRINKER BIDDLE & REATH LLP
        801 Grand Avenue, 33rd Floor
        Des Moines, IA 50309
        Telephone:  (515) 248-9000
        Facsimile:  (515) 248-9010
        Email:  ross.johnson@faegredrinker.com
              shannon.sole@faegredrinker.com
              carolyn.gunkel@faegredrinker.com
              martin.demoret@faegredrinker.com

        *Attorneys for Defendants*

Clayton Smaistrla
Ark. Bar No. 2012299
Saucier & Smaistrla PLLC
200 Concord Plaza Drive, Suite 750
San Antonio, TX 78216
Telephone:      (210) 901-8112
Facsimile:       (210) 338-8916
Email:            clayton@s2lawfirm.com


Charles A. Banks
Ark. Bar No. 73004
BANKS LAW FIRM
711 West Third Street
Little Rock, AR 72201
Telephone:      (501) 280-0100
Facsimile:       (501) 325-0565
Email:            cbanks@bankslawfirm.com


Stephen B. Murray, Jr.
Arthur M. Murray
Jessica W. Hayes
MURRAY LAW FIRM
650 Poydras Street, Suite 2150
New Orleans, LA 70130
Telephone:      (504) 525-8100
Facsimile:       (504) 584-5249
Emails:          smurrayjr@murray-lawfirm.com
                    amurray@murray-lawfirm.com
                    jhayes@murray-lawfirm.com


James Pizzirusso
Hausfeld LLP
888 16th St, NW, Suite 300
Washington, DC 20006
Telephone:      (202) 540-7200
Facsimile:       (202) 540-7201
Email:            jpizzirusso@hausfeld.com

Todd Williams
Snellgrove, Langley, Culpepper, Williams & Mullally
P.O. Box 1346
Jonesboro, AR 72403-1346
Telephone:	(870) 932-8357
Facsimile:	(870) 932-5488
Email:		twilliams@snellgrovefirm.com

*Attorneys for Plaintiffs*

4