IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

BOOTHE FARMS, INC.; BIG RISK
FARMS INC.; JEFFREY D. BOOTHE;
TERRY BOOTHE; ADAM BOOTHE;
RINEHART FAMILY FARMS II; MM
FAMILY FARMS; JASON R. HANKS;
and WILLIAM J. DORE, Individually
and on behalf of all those similarly situated                 PLAINTIFFS

v.                      No. 3:19-cv-264-DPM

DOW CHEMICAL CO.; DOW
AGROSCIENCES, LLC; CORTEVA
AGRISCIENCE; and DU PONT
DE NEMOURS AND CO.                                            DEFENDANTS

## JUDGMENT

The amended complaint is dismissed with prejudice. The Court retains jurisdiction until 30 December 2022 to enforce the parties' settlement agreement and to resolve the issues about sealed materials in the record, including deciding the joint motion, *Doc. 220*, which remains pending.

_____
D.P. Marshall Jr.
United States District Judge

30 September 2022